IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MIRAMONTES, | No. C 13-03555 EJD (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| G. D. LEWIS, Warden, | |
| Respondent. | |

    For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED without prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

DATED: 9/16/2014

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\EJD\HC.13\03555Miramontes_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO MIRAMONTES,

    Petitioner,

v.

G. D. LEWIS, Warden,

    Respondent.

Case Number: CV13-03555 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/17/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Miramontes AH4941
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532-7000

Dated: 9/17/2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk